# ALABAMA COURT OF CRIMINAL APPEALS



December 20, 2024

**CR-2024-0328**
Leonardo Adrian Gonzalez v. State of Alabama (Appeal from Talladega Circuit Court: CC-19-99.60)

## **NOTICE**

You are hereby notified that on December 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk